ORDERED ACCORDINGLY.

Dated: February 24, 2011

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge



**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-01400

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Peter M. Tolliver, Jr and Pamela Tolliver<br>        Debtors.<br><br>U.S. Bank National Association, as Trustee for CitiGroup Mortgage Loan Trust 2006-HE3<br>        Movant,<br>   vs.<br><br>Peter M. Tolliver, Jr and Pamela Tolliver, Debtors, Anthony H. Mason, Trustee.<br><br>        Respondents. | No. 2:11-BK-00331-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #17) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 11, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for CitiGroup Mortgage Loan Trust 2006-HE3 is the current beneficiary and Peter M. Tolliver, Jr and Pamela Tolliver have an interest in, further described as:

> LOT 78, SUNDANCE RANCH. ACCORDING
> OF MARICOPA COUNTY, ARIZONA.
> TO BOOK 494. OF MAPS, PAGE 48. RECORDS

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.